# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| HOME WARRANTY ADMINISTRATOR OF NEVADA, INC., D/B/A CHOICE HOME WARRANTY,<br>　　　　Appellant,<br>vs.<br>NEVADA COMMISSIONER OF INSURANCE BARBARA RICHARDSON; AND THE STATE OF NEVADA DEPARTMENT OF BUSINESS AND INDUSTRY, DIVISION OF INSURANCE, A NEVADA ADMINISTRATIVE AGENCY,<br>　　　　Respondents. | No. 81575<br><br>FILED<br><br>JUN 10 2021<br>ELIZABETH A. BROWN<br>CLERK OF SUPREME COURT<br>BY_____<br>CHIEF DEPUTY CLERK |

## ORDER DISMISSING APPEAL

This is an appeal from a district court order dismissing a petition for judicial review for lack of jurisdiction in a regulatory matter. First Judicial District Court, Carson City; James Todd Russell, Judge.

On May 20, 2021, this court issued an order directing appellant to show cause why this appeal should not be dismissed as moot. In response, the parties have filed a stipulation to dismiss this appeal. The stipulation is approved. This appeal is dismissed with each party to bear its own costs and attorney fees.

It is so ORDERED.

_____, C.J.

cc:　Hon. James Todd Russell, District Judge
　　　Holland & Hart LLP/Las Vegas
　　　Attorney General/Carson City
　　　Attorney General/Las Vegas
　　　Carson City Clerk

21-16715